FRANK BRAINARD, Respondent, v. FIREMAN'S FUND INSURANCE COM-
PANY, Appellant.— Order affirmed, with ten dollars costs and disburse-
ments.  No opinion.  Thomas, Carr, Stapleton and Putnam, JJ., con-
curred; Jenks, P. J., not voting.

PAUL CARL, Appellant, v. SUN PRINTING AND PUBLISHING ASSOCIA-
TION, Respondent.— The defendant, upon advisement, should seek to
avert or to minimize the harm that may flow from an article inaccurate in
any part, and hence injurious.  Hence, the article published after the
libel in question may be plead and proven for that purpose, as well as to
reduce punitive damages, if the plaintiff is entitled to prove the same,
although on this appeal he contends that in the complaint he makes no
such demand.  Interlocutory judgment affirmed, with costs.  Jenks, P. J.,
Thomas, Stapleton, Mills and Rich, JJ., concurred.

ALICE C. CLARK, Respondent, v. WILLIAM P. CLARK, Appellant.—
Order reversed, without costs, and defendant's motion remitted to the
Special Term to be heard upon the merits, as provided in section 775 of
the Judiciary Law.*  No opinion.  Thomas, Carr, Stapleton and Putnam,
JJ., concurred; Jenks, P. J., not voting,

MARY A. HEATH, as Administratrix, etc., of EDWARD HEATH, Deceased,
Respondent, v. STEEPLECHASE PARK COMPANY, Appellant.— Judgment
and order reversed and new trial granted, costs to abide the event, unless
within twenty days from the entry of the order herein plaintiff stipulate
to reduce the verdict to the sum of $8,000; in which event the judgment as
so modified and the order are unanimously affirmed, without costs.  Jenks,
P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Application of PATRICK F. FITZGERALD, Appellant,
for a Writ of Mandamus against the BOARD OF EDUCATION OF THE CITY
OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and
disbursements.  No opinion.  Thomas, Carr, Stapleton and Putnam, JJ.,
concurred; Jenks, P. J., not voting.

JAMES KANE, Respondent, v. WILLIAM F. CONNELL and JOHN HEICHEL,
Appellants.— The injunction order appears to have been granted without
any security, and no provision is made for security in the order.  (See
Code Civ. Proc. § 620; *Howley* v. *Francis Press*, 127 App. Div. 646; *Feller*
v. *Kronowitz*, 137 id. 896.)  The order is, therefore, reversed, with ten dol-
lars costs and disbursements, and motion denied, with costs.  This is, how-
ever, without prejudice to renewing this motion at Special Term with a
proper undertaking under Code of Civil Procedure, section 620.  Thomas,
Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

---

* Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 775.— [REP.